**MEMO ENDORSED**

United States District Court
for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/2023

| | | |
|---|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST | ) | |
| | ) | Civil Action No. 17-CV-08140 |
| Plaintiff | ) | |
| | ) | |
| | ) | |
| v. | ) | NOTICE OF MOTION |
| | ) | |
| | ) | |
| ANGELIQUE REALI, PAUL REALI, COMMISSIONER OF THE DUTCHESS COUNTY DEPARTMENT OF SOCIAL SERVICES, INTERNATIONAL FIDELITY INSURANCE COMPANY | ) ) ) ) ) | |
| Defendant(s) | | |

**PLEASE TAKE NOTICE** that upon the instant Motion and Declaration in support of Gross Polowy, LLC by Tracy M Fourtner, Esq., Attorneys for Plaintiff dated July 11, 2023, and the exhibits attached thereto. The Plaintiff moves this Court, before the Hon. Nelson S. Roman at the United States District Court for the Southern District of New York located at 300 Quarropas Street, White Plains, NY 10601, for an order granting the following to the movant:

(a) Order granting a Vacatur of Judgment of Foreclosure and Sale, Cancellation of Lis Pendens, and Motion for Discontinuance of Action in the same form as attached hereto;
(b) Granting such other and further relief this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, Plaintiff will serve these motion papers on all Defendants pursuant to Fed. R. Civ. P. 5
.

DATED:   July 11, 2023            Gross Polowy, LLC
         Williamsville, New York   /s/  Tracy M. Fourtner
                                   Tracy M Fourtner, Esq.
                                   tfourtner@grosspolowy.com
                                   1775 Wehrle Drive, Suite 100
                                   Williamsville, NY 14221
                                   Tel.: (716) 204-1700
                                   Fax.: (716) 204-1702
                                   *Attorneys for Plaintiff U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST*

1

U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST

vs.

Angelique Reali and Paul Reali, et al.

Civil Action No.: 17-CV-08140

*************************************************************************

Angelique Reali
34 Hackensack Heights Road
Wappingers Falls, NY 12590

Paul Reali
372 Hillside Lake Road
Wappingers Falls, NY 12590

Christopher B. Meagher Esq.
*Referee*
111 Church Street
White Plains, NY 10601-1505

The Court directs Plaintiff to file a proposed order to vacate as well as a stipulation between the parties agreeing to the terms of the proposed order to vacate. Plaintiff is directed to do on or before August 4, 2023. Plaintiff's counsel is directed to mail a copy of the instant memorandum endorsement to Defendants and file proof of service on the docket.

Dated: July 27, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE